IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAVIER SOLORZANO and MARIA SOLORZANO | : : : : : : : : : : : : : | CIVIL ACTION NO. 02-CV-3736 |
| Plaintiffs, | | |
| v. | | |
| BAYER CORPORATION; BAYER AG; GLAXOSMITHKLINE, PLC; GLAXOSMITHKLINE; SMITHKLINE BEECHAM | | ENTRY OF APPEARANCE |
| Defendants. | | |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully Submitted,

_____        _____
Hope S. Freiwald                                            Aline Fairweather


_____        _____
Alison T. Conn                                               Kirstin J. Miller


Dated: July _____, 2002             DECHERT PRICE & RHOADS
                                                        4000 Bell Atlantic Tower
                                                        1717 Arch Street
                                                        Philadelphia, PA  19103-2793
                                                        (215) 994-4000